PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMANTHA ALVERNAZ, | Civil No. 2:16-cv-02169-EFB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ.  Defendant respectfully requests this additional time because the undersigned has been out of the office for three weeks visiting family in Taiwan and only returned to the office this Monday.  The undersigned called Plaintiff, who is representing herself, and explained this extension request on March 23, 2017.  Plaintiff informed the undersigned that she consents to this 30 day extension of time.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's MSJ will be Monday, April 24, 2017.

Respectfully submitted,

Date: _March 23, 2017_    By:    _/s/ Jeffrey Chen for Samantha Alvernaz*_
SAMANTHA ALVERNAZ
*By phone authorization on March 23, 2017*
Attorney for Plaintiff

Date: _March 23, 2017_    PHILIP A. TALBERT
United States Attorney

By:    _/s/ Jeffrey Chen_
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 28, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2