PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
E-Mail: Michael.Marriott@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMANTHA ALVERNAZ, ) | Civil No. 2:16-cv-02169-EFB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| ) | **FOR A SECOND EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

      IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her MSJ. Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit merits brief that must be completed by the end of this week. The undersigned called Plaintiff, who is representing herself, and explained this extension request on April 24, 2017. Plaintiff informed the undersigned that she consents to this 14-day extension of time.

1

Stip. to Extend Def.'s MSJ

    The new due date for Defendant's MSJ will be Monday, May 8, 2017.

                                               Respectfully submitted,

Date: *April 24, 2017*        By:     */s/ Michael K. Marriott for Samantha Alvernaz\**
                                                    SAMANTHA ALVERNAZ
                                                    *\* By phone authorization on April 24, 2017*
                                                     Attorney for Plaintiff

Date: *April 24, 2017*                  PHILIP A. TALBERT
                                                      United States Attorney

                                               By:     */s/ Michael K. Marriott*
                                                     MICHAEL K. MARRIOTT
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

                                                   <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: April 27, 2017.                       *[signature]*
                                                HONORABLE EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ